## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KEYA DEONTE BAREFIELD**                                              **PLAINTIFF**
**ADC #174189**

**v.**                                          **Case No: 4:25-cv-00707-LPR**

**CADIJAH V. JACKSON, et al.**                                         **DEFENDANTS**

### ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 7). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Complaint (Doc. 2) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.[1]

IT IS SO ORDERED this 1st day of April 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court will withhold issuing the final judgment in this case for 30 days. The Court believes there is a strong possibility that Plaintiff could plausibly allege excessive force against Defendant Cadijah Jackson if Plaintiff added just some additional details—specifically, if Plaintiff explained whether or not Defendant Cadijah Jackson intentionally pushed him hard into the file cabinet. Also, Plaintiff should allege what injuries (if any) he suffered from the incident. Plaintiff is reminded that an Amended Complaint will completely supersede his original Complaint, so all relevant facts should be alleged in an Amended Complaint if it is filed.