**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**KEYA DEONTE BAREFIELD**                                                          **PLAINTIFF**
**ADC #174189**

**v.**                                       **Case No: 4:25-cv-00707-LPR**

**CADIJAH V. JACKSON, et al.**                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on April 1, 2026, and prior Orders in this case, it is

CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without

prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal

from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 7th day of May 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE